**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRENT HARRISON, HOLLY WINTERS, and JAMES YOUNGBLOOD, <br><br> *Plaintiffs*, <br><br> VS. <br><br> ALLIED COLLECTION SERVICES, INC., <br><br> *Defendant* | CIVIL ACTION NO. <br><br> 4:18-cv-411 |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate that all claims of Plaintiff Brent Harrison is dismissed with prejudice. The parties further stipulate that all claims of Holly Winters and James Youngblood shall be dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 18, 2019

/s/ W. Craft Hughes
W. Craft Hughes
Jarrett L. Ellzey
**HUGHES ELLZEY, LLP**
1105 Milford St.
Houston, TX 77006
Phone: (713) 322-6387
Fax: (888) 995-3335

Bryant A. Fitts
**FITTS LAW FIRM, PLLC**
4801 Richmond Ave.
Houston, Texas 77027
Phone: (713) 871-1670
Fax: (713) 583-1492

*Attorneys for Plaintiffs*