IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRENT HARRISON, HOLLY WINTERS, and JAMES YOUNGBLOOD,<br><br>*Plaintiffs*,<br><br>VS.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>*Defendant* | CIVIL ACTION NO.<br><br>4:18-cv-411 |

## ORDER

The Court, upon the Stipulation of Dismissal (Dkt. #18), filed by all Plaintiffs, Brent Harrison, Holly Winters and James Youngblood, hereby DISMISSES this lawsuit with prejudice as to Plaintiff Brent Harrison and without prejudice as to plaintiffs Holly Winters and James Youngblood, with each party bearing its own costs and fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 7th day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE